UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>MANUEL VELEZ RODRIGUEZ<br>SYLVIA ESTER RAMOS TORRES<br><br>    DEBTOR (S) | CASE NO. 08-07444-ESL<br><br>CHAPTER 13 |

TRUSTEE'S MOTION TO MODIFY OR DISMISS

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. Current Plan Base is insufficient to allow compliance with the plan disbursement schedule. 11 USC §1325(a)(6).

2. Trustee moves the Court for an order directing the debtor(s) to amend the confirmed plan within 30 days with the warning that if no action is taken, the case will be dismissed for cause. Cause being debtor's failure to comply with the Court Order. 11 USC 1307 (c)(1).

WHEREFORE the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for cause pursuant to 11 U.S.C. §1307 (c) for the reasons herein set forth.

30 DAYS NOTICE: Pursuant to General Order No. 05-09, the Debtor(s), his/her/their counsel of record, and all those parties in interest who have filed a notice of appearance in this case, are hereby notified that unless a party in interest files an objection hereto within 30 days from the date of this notice, the case may be dismissed or converted without the need of further notice or hearing.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Tuesday, July 5, 2011.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884,
Old San Juan Station,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
MANUEL VELEZ RODRIGUEZ
SYLVIA ESTER RAMOS TORRES

DEBTOR (S)

CASE NO. 08-07444-ESL

CHAPTER 13

AFFIDAVIT FOR DEFAULT JUDGEMENT
PURSUANT TO SECTION 201(b)(4)
OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

I , LILA SANTIAGO FUENTES , clerk for the Chapter 13 & 12 Trustee's Office, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

In San Juan, Puerto Rico, July 01, 2011.

_[signature]_

Department of Defense Manpower Data Center    Jul-01-2011 06:17:53



**Military Status Report**
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VELEZ RODRIGUEZ | MANUEL | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*[signature: Mary M. Snavely-Dixon]*

_____

Mary M. Snavely-Dixon, Director

Department of Defense - Manpower Data Center

1600 Wilson Blvd., Suite 400

Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:UBN6180F4U



**Department of Defense Manpower Data Center**

### Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| RAMOS TORRES | SYLVIA ESTER | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

[signature: Mary M. Snavely-Dixon]

_____

Mary M. Snavely-Dixon, Director

Department of Defense - Manpower Data Center

1600 Wilson Blvd., Suite 400

Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:SOT7O8FMGF

08-07444-ESL                          CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROSA E HILERIO ECHEVARRIA*<br>GALLARDO BUILDING SUITE 305<br>SAN JUAN, PR 00901 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | MANUEL VELEZ RODRIGUEZ<br>URB CAMINO DE LA PRINCESA #68<br>GUAYAMA, PR 00785 |
| 107.3 FM DELTA<br>PO BOX 363222<br>SAN JUAN, PR 00936-3222 | AAA<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 |
| AURORA BROADCASTING CORP<br>PO BOX 140961<br>ARECIBO, PR 00614 | CITIBANK NA<br>1000 TECHNOLOGY DRIVE<br>MAIL STOP 322<br>O FALLON, MO 63368-2440 |
| COOPACA<br>PO BOX 1056<br>ARECIBO, PR 00613-1056 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| ECAST SETTLEMENT CORP<br>PO BOX 35480<br>NEWARK, NJ 07193-5480 | EUROLEASE DIVISION OF EUROBANK<br>PO BOX 192099<br>SAN JUAN, PR 00919-2099 |
| F.C. DADSON INC.<br>N1043CRAFTSMEN DR STE 2<br>GREENVILLE, WI 54942 | FIRST BANK PUERTO RICO<br>TARJETAS BANCARIAS<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 |
| FIRSTBANK DE PUERTO RICO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | FIRSTBANK PR<br>ENRIQUE NASSAR RIZEK & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 |
| G.T.M. VIDEO INC.<br>15210 KESWICK ST<br>VAN NUYS, CA 91405 | GE MONEY BANK<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>ATT RAMESH SINGH<br>MIAMI, FL 33131-1605 |

| | |
|---|---|
| HSBC BANK NEVADA NA<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL SUITE 200<br>TUCSON, AZ  85712 | INGRAM ENTERTAINMENT INC<br>C/O JORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE, TN  37086 |
| INNEX INC<br>16622 E JOHNSON DR<br>CITY OF INDUSTRY, CA  91745 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | PREPA<br>C/O MARIA T GORBEA<br>PO BOX 364267<br>SAN JUAN, PR  00936-4267 |
| RAMON FELICIANO<br>REXVILLE<br>BN-1 CALLE 42<br>BAYAMON, PR  00957 | RETAIL SERVICES<br>Dba COMPUSA<br>PO BOX 60148<br>CITY OF INDUSTRY, CA  91716-0148 |
| RETAIL SERVICES<br>Dba COSTCO WHOLESALE<br>PO BOX 60148<br>CITY OF INDUSTRY, CA  91716-0148 | SALLIE MAE INC / NELA<br>PO BOX 7167<br>INDIANAPOLIS, IN  46206-7167 |
| VAST INC.<br>PO BOX 2975<br>WARMINSTER, PA  18974 | WORLDNET TELECOMMUNICATIONS INC<br>CENTRO INTERNACIONAL DE MERCADEO<br>90 CARR 165 STE 201-02<br>GUAYNABO, PR  00968-8059 |

DATED:  July 05, 2011

OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE